FILED
CLERK, U.S. DISTRICT COURT
MAY 19 2010
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LEE ALPHONSO MOORE,<br><br>          Petitioner,<br><br>     v.<br><br>U.S. PAROLE COMMISSION, et al.,<br><br>          Respondents. | Case No. CV 09-00620 AN<br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED AND DECREED THAT this action is dismissed with prejudice for the reasons in the related Memorandum and Order.

Dated: May 19, 2010

_____
ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY 19 2010
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY